1068

[No. 20763-3-III. Division Three. October 14, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT D. DERRICK, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-1-00806-5, Paul A. Bastine, J., entered October 3, 2002. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kato, A.C.J., and Schultheis, J.

[No. 20845-1-III. Division Three. October 14, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. CLIFFORD LEE PACK, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 00-1-50029-6, Craig J. Matheson, J., entered February 12, 2002. *Reversed* by unpublished opinion per Kurtz, J., concurred in by Brown, C.J., and Schultheis, J.

[No. 21015-4-III. Division Three. October 14, 2003.]

JANA EATON, ET AL., *Respondents*, v. TODD GALLAWAY, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Columbia County, No. 00-2-00051-0, William D. Acey, J., entered March 8, 2002. *Affirmed in part* and *reversed in part* by unpublished opinion per Brown, C.J., concurred in by Schultheis and Kurtz, JJ.

[No. 21093-6-III. Division Three. October 14, 2003.]

SERGEY YEMEL'YANOV, ET AL., *Appellants*, v. TOMLINSON BLACK NORTH, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-2-01890-1, Robert D. Austin, J., entered April 11, 2002. *Affirmed* by unpublished opinion per Brown, C.J., concurred in by Sweeney and Kato, JJ.